IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REGINALD PROVOST,<br><br>            Plaintiff,<br><br>    v.<br><br>K. PROSPER, et al.,<br><br>            Defendants. | 2:07-cv-0698 MCE DAD P<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

On August 22, 2007, Defendants filed a request for an extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

**FOR GOOD CAUSE SHOWN**, Defendants Oneto, Woodward, and Ziegler are granted an extension of time, up to and including September 28, 2007, in which to file their responsive pleading.

DATED: August 23, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

/prov0698.36

1