IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| REGINALD PROVOST,<br><br>         Plaintiff,<br><br>  v.<br><br>K. PROSPER, et al.,<br><br>         Defendants. | 2:07-cv-0698 MCE DAD P<br><br>**ORDER GRANTING DEFENDANTS' SECOND REQUEST FOR EXTENSION OF TIME TO FILE RESPONSIVE PLEADING** |

  On September 24, 2007, Defendants filed a request for an extension of time to file their responsive pleading, with a supporting declaration of Tania H. Colderbank.

  **FOR GOOD CAUSE SHOWN**, Defendants Oneto, Woodward, and Ziegler are granted an extension of time, up to and including October 28, 2007, in which to file their responsive pleading.

DATED: September 24, 2007.

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:4
prov0698.36ans2